UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1014

**Motion for:** Consolidation of Appeals

**Caption [use short title]**

B&C KB HOLDING GMBH,

Petitioner-Appellee,

v.

GOLBERG LINDSAY & CO. LLC, DBA LINDSAY GOLBERG, LLC, et al.,

Respondents-Appellants.

Set forth below precise, complete statement of relief sought:

Respondents-Appellants seek an order consolidating Case No. 23-1014 and Case No. 24-887 for all purposes

**MOVING PARTY:** Golberg Lindsay & Co. LLC and Michael Dees
**OPPOSING PARTY:** B&C KB Holding GmbH

☐ Plaintiff  ☒ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Roman Martinez
**OPPOSING ATTORNEY:** Zachary Rosenbaum

[name of attorney, with firm, address, phone number and e-mail]

Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000, Washington, DC 20004
Tel: (202) 637-2200, Email: roman.martinez@lw.com

Kobre & Kim LLP
6th Floor, 800 Third Avenue, New York, New York 10022
Tel: (212) 488-1200, Email: Zachary.Rosenbaum@kobrekim.com

**Court- Judge/ Agency appealed from:** Southern District of New York - Magistrate Judge Valerie Figueredo

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☒ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: April 17, 2024

**Signature of Moving Attorney:**
/s/ Roman Martinez   **Date:** 4/18/2024   **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 23-1014

IN THE

# United States Court of Appeals

FOR THE SECOND CIRCUIT

◆◆◆

IN RE MATTER OF THE EX PARTE APPLICATION OF B&C KB HOLDING GMBH FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. 1782 FROM GOLDBERG LINDSAY & CO. LLC D/B/A LINDSAY GOLDBERG AND MICHAEL DEES

B&C KB HOLDING GMBH,

*Petitioner-Appellee,*

—against—

GOLDBERG LINDSAY & CO. LLC, DBA LINDSAY GOLDBERG, LLC,
MICHAEL DEES,

*Respondents-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**RESPONDENTS-APPELLANTS' UNOPPOSED
MOTION TO CONSOLIDATE APPEALS**

ROMAN MARTINEZ
BRENT T. MURPHY
LATHAM & WATKINS LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

ERIC F. LEON
JOOYOUNG YEU
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Attorneys for Respondents-Appellants*

Pursuant to Federal Rule of Appellate Procedure 3, Respondents-Appellants Goldberg Lindsay & Co. LLC and Michael Dees (collectively, "Appellants") respectfully move this Court for an order consolidating Case No. 23-1014 and Case No. 24-887 for all purposes. In support of this motion, Appellants state the following:

1. On July 10, 2023, Appellants filed a notice of appeal from the district court's June 8, 2023 order granting Respondent-Appellee B&C KB Holding GmbH's application to take discovery pursuant to 28 U.S.C. § 1782. That appeal was docketed as *B&C KB Holding GmbH v. Goldberg Lindsay & Co. LLC et al.*, No. 23-1014.

2. While that appeal was pending, discovery proceedings continued in the district court, culminating in the district court's April 3, 2024 order denying Appellants' motion to quash subpoenas, for alternative relief, and for a stay of discovery. Appellants filed a notice of appeal from that order on April 4, 2024. That appeal was docketed as *B&C KB Holding GmbH v. Goldberg Lindsay & Co. LLC*, No. 24-887.

3. On April 17, 2024, during oral argument held in Case No. 23-1014, the panel requested that Appellants formally move to consolidate the two appeals. Consistent with that instruction, Appellants now move this Court for an order consolidating Case No. 23-1014 and Case No. 24-887.

1

4. The undersigned has conferred with counsel for the Appellee, who has stated that Appellee does not oppose the relief sought in this motion, and that Appellee intends to file a response.

5. Appellants are prepared to brief the issues presented by Case No. 24-887 on any timeline the Court prefers. In the event the Court denies Appellants' motions for a stay, however, Appellants respectfully request that Court expedite briefing in that appeal.

Accordingly, Appellants respectfully request that the Court grant the motion to consolidate.

Dated: April 18, 2024

Respectfully submitted,

*/s/ Roman Martinez*

Eric F. Leon
Jooyoung Yeu
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Roman Martinez
Brent T. Murphy
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

*Attorneys for Respondents-Appellants*

**CERTIFICATE OF COMPLIANCE**

The foregoing motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 297 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 with 14-point Times New Roman font.


Dated: April 18, 2024                                         */s/ Roman Martinez*
                                                              Roman Martinez